**Order entered November 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01242-CV
No. 05-18-01253-CV

**IN RE WILLIAM ELMER HASTINGS, Relator**

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-56619-V and F09-00729-V**

# ORDER

Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/　　ELIZABETH LANG-MIERS
　　　　JUSTICE